**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6289**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DARRELL W. SAMUEL,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CR-94-773, CA-97-3823)

_____

Submitted:  May 30, 2002              Decided:  June 6, 2002

_____

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Darrell W. Samuel, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrell W. Samuel appeals the district court's denial of a postjudgment motion filed pursuant to Fed. R. Civ. P. 60(b). The district court originally dismissed the action on its merits, and we dismissed the appeal on the reasoning of the district court. United States v. Samuel, No. 00-7067, 2001 WL 15316 (4th Cir. Jan. 8, 2001) (unpublished), cert. denied, 122 S. Ct. 298 (2002).

We review denial of a Rule 60(b) motion for abuse of discretion. United States v. Holland, 214 F.3d 523, 527 (4th Cir. 2000). Having reviewed the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief. Therefore, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2